IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER A. PHILLIPS, *et. al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 4:16-cv-00084 RLW |
| ) | |
| CITY OF FERGUSON, MISSOURI, *et. al.* ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of Plaintiffs herein against all Defendants be dismissed in their entirety with prejudice, each party to bear their own costs.


Respectfully submitted,

| **KHAZAELI WYRSCH STOCK, LLC** | **PITZER SNODGRASS, P.C.** |
|---|---|
| /s/ James R. Wyrsch | /s/ Peter J. Dunne |
| James R. Wyrsch #53197MO | Peter J. Dunne #31482MO |
| Javad M. Khazaeli #53735MO | Robert T. Plunkert #62064MO |
| 911 Washington Avenue, Suite 211 | Ida S. Shafaie #66220MO |
| St. Louis, Missouri 63101 | Attorneys for Defendants |
| Tel: 314-288-0777 | 100 South Fourth Street, Suite 400 |
| Fax: 314-400-7701 | St. Louis, Missouri 63102-1821 |
| | (314) 421-5545 |
| **ARCHCITY DEFENDERS** | (314) 421-3144 (Fax) |
| Thomas B. Harvey #61734MO | |
| Blake A. Strode #68422MO | *Attorneys for Defendants* |
| Edward Hall #0012692IA | |
| 812 N. Collins St. | |
| St. Louis, MO 63102 | |
| Tel: 855-724-2489 | |
| Local: 314-361-8834 | |
| Fax: 314-925-1307 | |

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, the foregoing was served by operation of the Court's electronic filing system upon all parties.

/s/ James R. Wyrsch