**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER A. PHILLIPS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 4:16CV84 RLW |
| CITY OF FERGUSON, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by the parties (ECF No. 42),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own costs.

Dated this 24th day of January, 2017.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**